Shamis HARVEY, Petitioner

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 2015–3114.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

Joel J. Kirkpatrick, Joel J. Kirkpatrick, P.C., Plymouth, MI, argued for petitioner.

Stephen Fung, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by Bryan G. Polisuk.

MOORE, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**